In the Matter of CITY OF LONG BEACH, Appellant, v SUN NLF LIMITED PARTNERSHIP, Respondent, and LOUIS BOMBART et al., Respondents.

Submitted July 13, 2015; decided September 3, 2015

Motion by New York State Conference of Mayors and Municipal Officials for leave to appear amicus curiae on the motions for leave to appeal herein granted and the brief is accepted as filed.